**Motion Denied; Appeal Dismissed and Memorandum Opinion filed February 27, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00418-CV

### JUNE R. WILLIAMS, Appellant

### V.

### STONELEIGH GARDENS ASSOCIATES, L.L.C, Appellee

On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1128153

### MEMORANDUM OPINION

This is an appeal from a judgment signed April 16, 2019. The clerk's record was filed May 17, 2019. The reporter's record was filed September 16, 2019, 2017.

Appellant's brief was originally due October 6, 2019. We granted three motions to extend time to file appellant's brief until January 14, 2020. When we granted the last extension, we noted that no further extensions would be granted

absent exceptional circumstances. On January 13, 2020, appellant filed a further motion to extend time to file appellant's brief until February 6, 2020.

On February 4, 2020, this court issued an order denying that motion and stating that unless appellant filed a brief on or before February 14, 2020, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

On February 18, 2020, appellant filed a fifth motion to extend time to file her brief. Appellant filed no brief. Accordingly, the motion is denied, and the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.